William J. Brown
vs.     No. 76750.
Bradford Campbell

November 19, 1930.

CARPENTER, J. This is an action brought by William J. Brown against

Bradford Campbell to recover for legal services. The case was tried before a jury on May 8, 1930, at which time the jury returned a verdict for the plaintiff in the sum of $4,764.25. Within due time the defendant filed a motion for a new trial, alleging the usual grounds.

The Court, after carefully considering the evidence in this case, feels that the jury were justified in returning the verdict that they did, and that substantial justice has been done.

Motion for a new trial denied.

For plaintiff: John P. Beagan.

For defendant: Boss, Shepard & McMahon.